UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JEFFERSON L. PIERCE, et al.,

                Plaintiffs,

     -vs-                                          06-CV-644C(F)

CHRIS OTTOWAY and
JASON BEICHNER,

                Defendants.

---

       The court conducted a telephone conference with counsel for the parties on July 17, 2008. Plaintiffs have filed a motion to compel and to add certain defendants. Defendants indicated that they intend to provide responses to some of the discovery requests and to oppose some aspects of the motion to compel. They further informed the court that they intend to file a motion for summary judgment.

       Accordingly, defendants are advised to provide their responses to the unopposed discovery requests forthwith and to file any further response to the motion to compel on or before August 6, 2008. Additionally, defendants shall provide the court with the personnel records of the individual defendants for the court's *in camera* review.

       Plaintiffs shall file a motion to amend the complaint on or before August 6, 2008. Defendants' response to that motion and their motion for summary judgment shall be filed on or before August 26, 2008. Plaintiffs shall file a response to the motion for summary judgment on or before September 15, 2008. At that time, the court will consider the motions submitted or set a date for oral argument. The parties are encouraged to engage in settlement discussions and to advise the court if they wish to appear for a settlement

conference or to participate in the court's Alternative Dispute Resolution program.

So ordered.

     \s\ John T. Curtin    
JOHN T. CURTIN
United States District Judge

Dated: July   21  , 2008
p:\pending\2006\06-644.july1708

2